## Shapiro, Appellant, *v.* Northwood Federal Credit Union.

Argued December 5, 1974. *Edward B. Bergman,* with him *George M. Bobrin,* and *Bobrin and Land,* for appellant; *Allen L. Feingold,* with him *M. Stuart Goldin,* and *Isenberg, Goldin & Blumberg,* for appellee.

Judgment affirmed.

## Smith, Appellant, *v.* Shaffer.

Submitted March 10, 1975. *Norman T. Petow,* for appellant; *Robert M. Strickler,* and *Markowitz, Kagen & Griffith,* for appellee.

Order affirmed.

## Xanthopolous *v.* Xanthopolous, Appellant.

Submitted November 16, 1974. *Horace J. Culbertson, Thomas M. Torquato,* and *Culbertson & Torquato,* for appellant; *Sol Lubin, Helen Arseniu White,* and *Winkler, Danoff, Lubin and Toole,* for appellee.

Order affirmed.

May 15, 1975

## Alboum, Appellant, *v.* Buckwalter, et ux.

 order by JOHNSTONE, JR., P. J. Argued March 18, 1975. *R. S. Trigg,* with him *Charles A. Achey, Jr.,* for appellant; *John Milton Ranck,* for appellees.
Order affirmed.

## Anderson, et ux. *v.* Skeras, et ux., Appellants.

Argued March 20, 1975. *Charles P. Dattola,* with him *Karl H. Strohl* and *Joseph P. Kane,* for appellants; *Edward M. Murphy,* for appellees.
Order affirmed.

## Arrell, et al. *v.* Garay, et al., Appellants.

 opinion by CATANIA, J. Argued March 21, 1975. *J. Joseph Herring, Jr.,* with him *Fronefield, deFuria & Petrikin,* for appellants; *John T. Mulligan,* with him *Thomas H. Tropp,* and *Lord & Mulligan,* for appellees.
Order affirmed.

## Borger et ux., Appellants, *v.* Falls Equipment Corp., et al.

 opinion by HIRSH, J. Argued March 24, 1975. *John R. Warner,* with him *Marshall, Dennehey & Warner,* for appellants; *Jonathan Wheeler,* with him *Frank and Margolis,* for appellees.
Order affirmed.